1022

[No. 25406-9-II.  Division Two.  March 16, 2001.]

SIDNEY C. MICKELSON, ET AL., *Respondents*, v. CLIFFORD A. HARRIS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-2-10136-6, Marywave Van Deren, J., entered January 14, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong, C.J., and Morgan, J.

[No. 25430-1-II.  Division Two.  March 16, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDEN SHAWN ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 99-8-00400-1, Tracy Mitchell, J. Pro Tem., entered December 21, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, A.C.J., and Houghton, J.

[No. 25444-1-II.  Division Two.  March 16, 2001.]

TAMERA PIHL, *Appellant*, v. ALLSTATE INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-09674-7, John A. McCarthy and Frederick W. Fleming, JJ., entered December 3, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Seinfeld, JJ.

[No. 25860-9-II.  Division Two.  March 16, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. EMMANUEL T. CURRY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-8-00035-6, Paul Boyle, J. Pro Tem., entered April 11, 2000. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Morgan and Bridgewater, JJ.